-N/S

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

FILED
CLERK, U.S. DISTRICT COURT
05/18/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

IFP Submitted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Complaint for damages and injunctive relief**
**Jury Trial Demanded**

Mina SamirSami Fakhouri

Plaintiff

Vs.

Parsons Transportation Group
16055 Space Center Blvd
Suite 725
Houston Texas

Defendant

**Case No.:** 5:24-cv-01065-JGB-(SHKx)

**COMPLAINT FOR:**
Damages and injunctive relief due To violation of ADA, FMLA
And wrongful termination
Under both federal and state laws

_____
_____
_____
_____

**Jury Trial Demanded:** ■ Yes   ☐ No

## I. JURISDICTION

The court has jurisdiction under 28 U.S.C. § 1331 because this case involves federal statutes, namely the Americans with Disabilities Act (ADA) and the Family and Medical Leave Act (FMLA). This means the lawsuit is based on laws that the federal government has created, which is why a federal court has the authority to decide on the matters presented.

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

## II. VENUE

Venue is proper pursuant to 28 U.S.C. § 1391(b) because the defendant, Parsons Transportation Group, conducts a significant amount of business in this district, and crucial activities related to this case took place here. For a venue to be considered appropriate, the legal activities or the key events that are central to the lawsuit should have occurred in the geographical area where the court is located. This ensures that the court is geographically relevant to the case, making it easier for all involved parties to participate in the judicial process.

## III. PARTIES

**Plaintiff**: Mina SamirSami Fakhouri, an individual residing at 371 D ST, Upland, CA 91786. The Plaintiff was employed by the Defendant and claims to have suffered wrongful termination, discrimination, and denial of lawful rights under federal employment laws.

**Defendant**: Parsons Transportation Group, a business entity with its principal place of business at 16055 Space Center Blvd, Suite 725, Houston, TX 77062. Parsons Corporation is engaged in business throughout the United States, including within this district, where it employs a substantial number of employees and conducts significant business operations

## IV. STATEMENT OF FACTS

**Employment and Background**: Mina SamirSami Fakhouri was employed by Parsons Transportation Group Corporation from November, 2017, until his wrongful termination on Aug 9 , 2023. Throughout his tenure, Mr. Fakhouri held the position of Project Engineer, where he was responsible for overseeing various engineering projects critical to the company's operations. His employment record prior to the events leading to this lawsuit was characterized by commendations and recognition for his contributions to the company's success.

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

**Medical Condition and Requests for Accommodation**: In early 2022, Mr. Fakhouri was diagnosed with a chronic condition requiring ongoing medical treatment and intermittent leave from work. He formally requested reasonable accommodations under the Americans with Disabilities Act (ADA) on multiple occasions, including the need for flexible scheduling and the ability to work remotely as needed. Despite these requests, Parsons Transportation Group failed to engage in an interactive process to determine suitable accommodations and repeatedly denied his applications without substantial justification.

**FMLA Leave and Subsequent Retaliation**: Mr. Fakhouri applied for and was granted Family and Medical Leave Act (FMLA) leave to manage his medical condition in June 2022. Upon returning to work, he faced immediate and sustained retaliation, including unjustified negative performance reviews, increased scrutiny of his work, and exclusion from meetings and projects to which he had previously been assigned. These actions were in stark contrast to his treatment prior to taking FMLA leave.

**Termination of Employment**: On April 2023, Mr. Fakhouri was called out for "poor performance." The termination came shortly after he had submitted a formal complaint to the HR department regarding the ongoing harassment and failure to accommodate his disability, suggesting a retaliatory motive aligned with his protected activity under the ADA and FMLA.

**Impact on Plaintiff**: The wrongful termination and preceding discriminatory treatment have resulted in significant personal and professional harm to Mr. Fakhouri, including loss of income, severe emotional distress, and damage to his professional reputation. The actions of Parsons Transportation Group have not only violated federal employment statutes but have also undermined basic protections guaranteed to employees under the law.

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

## V. CAUSES OF ACTION

**First Cause of Action:**
Violation of the Americans with Disabilities Act (ADA)

The Plaintiff, Mr. Fakhouri, asserts that Parsons Transportation Group failed to provide reasonable accommodations for his documented disability, contrary to the requirements of the ADA. Despite multiple requests for modifications to his work environment to manage his medical condition, the Defendant either denied these requests outright or failed to respond in a timely manner, significantly hindering Mr. Fakhouri's ability to perform his duties and resulting in undue hardship.

**Second Cause of Action**:
Violation of the Family and Medical Leave Act (FMLA)

Mr. Fakhouri alleges that his rights under the FMLA were violated by Parsons Transportation Group through acts of retaliation following his return from legally protected FMLA leave. Specifically, he was subjected to unwarranted disciplinary actions, downgraded performance reviews, and ultimately termination, actions which he claims were direct results of his decision to utilize FMLA leave for his serious health condition.

**Third Cause of Action**:
Breach of Confidentiality and Invasion of Privacy

This cause of action addresses serious concerns regarding the handling of Mr. Fakhouri's sensitive medical information:
  - There were inappropriate disclosures and handling of Mr. Fakhouri's private medical records and communications, which were integral to the FMLA and ADA requests and should have remained confidential.

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

   - The alleged misuse of this information in decision-making processes related to his employment status not only breaches confidentiality laws but also suggests a profound lack of due process in the investigation and review of his employment termination.
   - Such actions have exacerbated the harm to Mr. Fakhouri's personal and professional life, leading to undue stress and damage to his reputation.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff, Mina SamirSami Fakhouri, respectfully requests the following relief from this Court:

1. Reinstatement: Reinstatement to his former or a substantially equivalent position, reflecting his dedication and previous contributions to the company prior to the events leading to his wrongful termination.

2. Compensation for Lost Wages and Benefits: A sum equivalent to two years of pay, providing stability as he reintegrates into his professional role.

3. Medical Expenses: Coverage for all medical expenses incurred due to exacerbated conditions resulting from workplace stress.

4. Emotional Distress Damages: Compensation for emotional and psychological distress endured due to discriminatory and retaliatory actions by the Defendant.

5. Costs and Legal Fees: Coverage of all legal fees and expenses incurred in pursuing this action, ensuring access to necessary legal resources.

6. Punitive Damages: While not the primary focus, punitive damages reflect the severity of the Defendant's actions and to deter future misconduct.

7. Any Further Relief: That the Court deems just and proper to fully address the harm suffered.

**Monetary Breakdown:**

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

162  - Severance Pay: $80,000, calculated based on industry standard practices.

163  - Lost Wages: $100,000, based on salary projections including expected raises.

164  - Medical Expenses: $30,000, covering both past and anticipated future medical
165  costs.

166  - Emotional Distress: $25,000, assessed by psychological professionals based on
167  the distress

168  experienced.

169  - Legal and Miscellaneous Expenses: $15,000, covering the costs of pursuing legal
170  action.

171  **1. Severance Pay ($80,000):**

172  - **Justification:** This amount is calculated based on annual salary and the
173  standard industry practice of providing severance equivalent to one month's pay for
174  each year of service. Documentation can include previous pay stubs and
175  employment contract detailing salary and company policies on severance.

176  **2. Lost Wages ($100,000):**

177  - J**ustification:** Represents the salary you would have earned over the next two
178  years, presuming a stable employment continuation. Using past earnings and any
179  contractual increments or expected bonuses as a basis. Provide employment
180  contracts or annual salary statements as proof.

181  **3. Medical Expenses ($30,000):**

182  - **Justification:** Covers anticipated costs for ongoing treatments related to your
183  condition, which were necessitated due to workplace stress or exacerbated by your
184  termination. Include invoices and prescriptions, or statements from your healthcare
185  providers estimating future medical costs.

Mina Samir Fakhouri
371 D ST
Upland, CA 91876
Mina.Fakhouri@hotmail.com

### 4. Rehabilitation and Training ($15,000):

- **Justification:** Aims to fund vocational training or any necessary certifications to re-enter the workforce, especially in a new field or position. Providing quotes or brochures from training programs or courses, highlighting their relevance to career plans.

### 5. Emotional Distress Compensation ($25,000):

 - **Justification**: This figure can be justified by the psychological impact as documented by a mental health professional. Include medical records or a psychologist's statement outlining the necessity of ongoing therapy or counseling.

### 6. Legal Fees ($10,000):

- **Justification:** Reflects the costs incurred in seeking legal counsel to address —— wrongful termination.
services rendered, hourly rates, and total charge.

### 7. Miscellaneous Expenses ($10,000):

- **Justification:** Set aside for unforeseen costs related directly to termination and the subsequent job search and health issues.

### DEMAND FOR JURY TRIAL

**Plaintiff hereby requests a jury Trial on all issues raised in this complaint**

May 18th, 2024

Mina SamirSami Fakhouri

*[signature]*



**View Physician/Practitioner Supplementary Certification for Continuing Eligibility (DE 2525XX)**

### Section 1 - Physician/Practitioner Information

| Name: | ANDREW JOHN MILES | License Number: | DC25473 |
|---|---|---|---|
| Treatment Address: | | 485 E Foothill blvd<br>Upland, CA 91786-3987<br>United States | |

### Section 2 - Patient Information

| Patient Name: | MINA SAMIRSAMI FAKHOURI | SSN: | XXX-XX-9201 |
|---|---|---|---|
| EDDCAN: | 5290853440 | Date of Birth: | 11-08-1984 |
| Claim Effective Date: | 08-08-2023 | Claim ID: | DI-1011-460-188 |

### Section 3 - Form Information

Please complete and submit this information by the due date shown below.

| Receipt Number: | R100000170905099 | | |
|---|---|---|---|
| Issue Date: | | Due Date: | |

### Section 4 - Physician/Practitioner's Supplementary Certificate

| Patient File Number: | |
|---|---|
| Specialty, if any: | |
| Are you still treating the patient? | Yes |
|    If "Yes," provide the Date of Last Treatment: | 03-25-2024 |
|    If "Yes," provide the Next Appointment Date: | 04-29-2024 |
| What present condition continues to make the patient disabled? ||
| CERVICAL SPINE DISCOPATHY LUMBAR SPINE DICOPATHY ||
| Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below: ||

| ICD Diagnosis Code: | M50.90 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|

Enter the ICD Diagnosis Code and version for the secondary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | M51.36 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | | Diagnosis Code Version: | |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |

Describe how the patient's present condition/impairment prevents him/her from returning to his/her regular or customary work:

LUMBAR SPINE REVEALS 2-3+ PAIN OVER SPINOUS PROCESS
L2-S1 THERE IS IA + KEMPS TEST BILATERALLY CERVICAL SPINE REVEALS 2-3 + TENDERNESS OVER SPINOUS PROCESS C3-C7 THERE IS 2-3 +PAIN UPON RANGE OF MOTION



| | |
|---|---|
| What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury? | |
| PATIENT COMPLAINS OF PAIN IN THE NECK AND LOW BACK PATIENT RATES PAIN IN 8-9 OUT OF 10 ON A VISUAL ANALOG SCALE | |
| Was the patient hospitalized? | No |
| If "Yes," provide the Date of Entry: | |
| If "Yes," provide the Date of Discharge: | |
| Check here if patient still hospitalized: | No |
| Was surgery/procedure performed, or will a surgery/procedure be performed? | No |
| If "Yes," provide the Type of surgery/procedure: | |
| If "Yes," provide the Date of surgery/procedure: | |
| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | |

| ICD Procedure Code: | | Procedure Code Version: | |
|---|---|---|---|
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |

| | |
|---|---|
| Enter the CPT code for surgery/procedure(s) planned or performed below: | |

| CPT Code: | | CPT Code: | |
|---|---|---|---|
| CPT Code: | | CPT Code: | |

| | |
|---|---|
| Present estimated date patient will be able to perform his/her regular or customary work: | 06-26-2024 |
| Check here to indicate patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No |
| Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? | No |

**Section 5 - Certification**

| Title: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Submitted by: | ANDREW JOHN MILES | Submitted on: | 03-26-2024 03:09 PM |
|---|---|---|---|
| Entered By: | ANDREW J MILES | Entered Date: | 03-26-2024 03:09 PM |



August 12, 2023

**Employee Name:** Mr. MINA FAKHOURI
**Employer Name:** Parsons Corporation
**Correspondence Type:** Continuous Leave End Reminder
**Leave ID No.:** 14365649

 ## Purpose of Letter

We are writing to inform you that your Family & Medical Leave Act (FMLA) and/or State leave for a leave of absence due to your own medical condition will end on August 18, 2023 because you will have used all available leave entitlement.

Please contact Leave Services if you have any questions.

 ## Important Employer Information

Inquiries regarding your employment status or any benefits should be discussed with your employer.

 ## Action Required

- **Contact** your employer two business days prior to August 18, 2023 to schedule your return to work and discuss your employment status. In most cases, if you return before or at the conclusion of your leave, you will be reinstated to the same or an equivalent position upon your return from your leave. *Failure to return to work at the end of your leave may result in your employer terminating your employment for job abandonment.*

Sincerely,

KATRINA ANDREWS
Leave Services
Office Phone: (866) 277-5276 Ext. 79230
Office Fax: (866) 265-8993
Email: LincolnLeave@lfg.com

---

 **24/7 Updates**

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources
- Report your return to work

**First-time users:** Register by creating a user login and password using company code: Parsons

 **Receive Letters Sooner**

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeave@lfg.com with your name and leave ID to sign up!

 **Contact Us**

**By Email:** LincolnLeave@lfg.com

**By Phone:** (866) 277-5276

**By Fax:** (866) 265-8993

**Write us:**
The Lincoln National Life Insurance Company
Leave Services
P.O. Box 8700
Dover, NH 03821-8700



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

## Civil Rights Department

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

February 5, 2024

Via Email: Mina.Fakhouri@hotmail.com

Mina Fakhouri
371 D ST
Upland, CA

RE: **Request to Approve Complaint**
 **Case Number**: 202309-22136628
 **EEOC Number**:
 **Case Name**: Fakhouri / Parsons Transportation Group Inc

Dear Mina Fakhouri:

The enclosed draft complaint is the result of your interview with me. Please read the proposed complaint carefully. If you agree with the language, please sign and return the complaint via email. If you do not approve of the language on the complaint, do not sign it; instead, contact me to discuss your concerns. My mailing address is:

**Civil Rights Department
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758**

You may also return the complaint to me by email at **shannel.brown@calcivilrights.ca.gov** or by **fax** to **1-888-519-5917**.

Please return the signed complaint or contact me with your concerns as soon as possible as we cannot begin our investigation until we have received your signed complaint. The law requires that a complaint be filed within **three (3) years** from the date of the discriminatory act.

If you do not return the signed complaint or contact me **within ten (10) calendar days** from the date of this letter, your case will be closed.

Please note that the information you provided is subjected to the Department's privacy policy and the California Public Records Act, Government Code section 6250 et seq.

Thank you for your cooperation.

Sincerely,

*Shannel Brown*

Shannel Brown
Associate Governmental Program Analyst

CRD-ENF 09CESE (Revised 10/23)

Request to Approve Complaint
February 5, 2024
Page **2** of **2**

279-236-8120
shannel.brown@calcivilrights.ca.gov



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                      Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| **CASE NUMBER** | | **EEOC NUMBER** |
|---|---|---|
| 202309-22136628 | | |

| **COMPLAINANT** | **ADDRESS** | **PHONE** |
|---|---|---|
| Mina Fakhouri | 371 D ST<br>Upland, CA | (626) 779-6345 |

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| **RESPONDENT(S)** | **ADDRESS** | **PHONE** |
|---|---|---|
| Parsons Transportation Group Inc | 16055 Space Center Blvd., Ste 725<br>Houston, TX 77062 | 626-440-4545 |

| **AGENT FOR SERVICE** | **ADDRESS** | **PHONE** |
|---|---|---|
| 1505 Corporation C T Corporation System, Agent of Service for Parsons Transportation Group Inc | 330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 | |

**NO. OF EMPLOYEES**

501 or more



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                            Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

## CASE NUMBER

202309-22136628

## EEOC NUMBER

---

### - Allegation 1 -

**I ALLEGE THAT I EXPERIENCED**
Discrimination
**ON OR BEFORE**
August 9, 2023
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Disability (physical, intellectual/developmental, mental health/psychiatric)
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**
On November 17, 2017, I was hired as a Construction Engineer. I currently hold the position as a Project Engineer earning $140, 000 annually. I believe I was terminated on August 09, 2023, based on my disability. In June 2023, I was placed on California Family Rights Act (CFRA) leave. On or about August 07, 2023, I told Mr. Bill Stewart, Manager, I would need extend my CFRA leave time for an additional 30 days as per my doctor's recommendation. I was terminated on August 09, 2023, for the allegation of "No Call/ No Show". As such, I believe the reason (s) given for my termination was due to my disability.

### - Allegation 2 -

**I ALLEGE THAT I EXPERIENCED**
Retaliation
**ON OR BEFORE**
August 9, 2023
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Requested or used Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**
I believe I was terminated on August 09, 2023, in retaliation for using CFRA leave. On or about August 07, 2023, I told Mr. Bill Stewart, Manager, I would need extend my CFRA leave for an additional 30 days as per my doctor's recommendation. I was terminated on August 09, 2023, for the allegation of "No Call/ No Show". As such, I believe the reason (s) given for my termination was/were used as pretext for retaliatory discrimination. This inherently also constitutes discrimination based on my disability.

### SIGNED UNDER PENALTY OF PERJURY

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

**SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:**        **DATE:**

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency — Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202309-22136628



**EEOC NUMBER**

Feb 5, 2024

# Adobe Sign Agreement

Final Audit Report                                                                 2024-02-06

| Created: | 2024-02-06 |
|---|---|
| By: | Shannel Brown (Shannel.Brown@calcivilrights.ca.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZI6PduEzI48DI8oI7_LY4yCkjN67mnml |

## "Adobe Sign Agreement" History

- Document created by Shannel Brown (Shannel.Brown@calcivilrights.ca.gov)
  2024-02-06 - 1:01:53 AM GMT

- Document emailed to Mina Fakhouri (mina.fakhouri@hotmail.com) for signature
  2024-02-06 - 1:02:20 AM GMT

- Email viewed by Mina Fakhouri (mina.fakhouri@hotmail.com)
  2024-02-06 - 2:51:21 AM GMT

- Document e-signed by Mina Fakhouri (mina.fakhouri@hotmail.com)
  Signature Date: 2024-02-06 - 2:53:13 AM GMT - Time Source: server

- Agreement completed.
  2024-02-06 - 2:53:13 AM GMT

